The judgment in favor of defendants is affirmed.

DONNA VEDUTIS, AN INFANT BY HER GUARDIAN *AD LITEM*, ROBERT VEDUTIS AND ROBERT VEDUTIS, INDIVIDUALLY, PLAINTIFFS-RESPONDENTS, v. SOUTH PLAINFIELD BOARD OF EDUCATION, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Submitted June 7, 1976—Decided June 15, 1976.

Before Judges Kole, Ard and E. Gaulkin.

*Mr. Robert F. Colquhoun,* attorney for the appellant.

*Messrs. Mulligan & Altman,* attorneys for the respondents.

Per Curiam. The judgment of the Law Division is affirmed substantially for the reasons set forth in the opinion of Judge Demos, which was approved in *Rost v. Fair Lawn Bd. of Ed.,* 137 *N. J. Super.* 76 (App. Div. 1975).

In view of our disposition of the matter, we need not consider the issue of informal or substantial compliance which was also raised on this appeal.

Affirmed.